UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| KAREN KATHLEEN WINFREE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>　　Defendant. | Civil No. 3:19-cv-01802-MC<br><br><br>ORDER FOR REMAND |

　　Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will take any steps necessary to fully develop the administrative record; provide the claimant the opportunity for a hearing and to submit additional evidence in support of her claim; reevaluate the medical opinion evidence; reassess the residual functional capacity; and, if warranted, obtain supplemental vocational evidence.

　　This case is reversed and remanded on the above grounds, and Plaintiff is entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920, upon proper request to this Court.

　　IT IS SO ORDERED this 20th day of August, 2020.


　　　　　　　　　　　　　　　　　　　　　　　　_s/Michael J. McShane_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

RENATA GOWIE, OSB #175273
Civil Chief

s/ Danielle R. Mroczek
DANIELLE R. MROCZEK
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2946